## CIRCUIT COURT OF THE CITY OF NORFOLK

Arlene Philpotts

v.

City of Norfolk and
Norfolk Festevents, Ltd.

April 11, 1988

Case No. (Law) L-87-1242

By JUDGE THOMAS R. McNAMARA

Upon the rationale of Judge Markow in his opinion letter of February 3, 1987, to counsel in the cases of *Betty J. Eldridge v. City of Richmond* and *Charles J. Eldridge v. City of Richmond,* the motion of defendant Norfolk Festevents, Ltd., to dismiss and for summary judgment in its favor as an eleemosynary institution immune from damage suits based upon negligence in operations will be sustained.